## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**Marquisa Walker, on behalf of a minor,**

    Plaintiff,                     Case No. **3:08 CV 1008**

vs.

**JUDGMENT IN A CIVIL CASE**

**Commissioner of Social Security,**

    Defendant.

**Decision by Court.** This action came before the Court and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and the case is dismissed.

IT IS SO ORDERED.

  s/ Vernelis K. Armstrong
United States Magistrate Judge

| August 14, 2009 | Geri M. Smith, Clerk of Court |
|---|---|
| Date | Clerk |

  s/ Pamela A. Armstrong
(By) Deputy Clerk